UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YOUSEF ATABAKHSH,<br><br>   Plaintiff,<br><br> v.<br><br>JPMORGAN CHASE BANK, N.A.,<br><br>   Defendant. | Case No.18-cv-05344-NC<br><br>**ORDER TO SHOW CAUSE RE: LACK OF PROSECUTION** |

On February 5, 2019, the court-appointed mediator indicated that the parties had reached a settlement. *See* Dkt. No. 33. The Court then ordered the parties to file a dismissal or updated case status report by February 13, 2019. *See* Dkt. No. 34. No report has been filed and the case has not been dismissed. Accordingly, the Court ORDERS plaintiff Yousef Atabakhsh to show cause why this case should not be dismissed with prejudice for lack of prosecution by **February 20, 2019**. If Atabakhsh does not respond, the Court will dismiss this case with prejudice.

**IT IS SO ORDERED.**

Dated: February 15, 2019

                  _____
                  NATHANAEL M. COUSINS
                  United States Magistrate Judge